FILED
~~RECEIVED~~

FEB 23 2000

U. S. DISTRICT COURT
CLERK'S OFFICE
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BETTY LOU BEETS, ) | |
|     Plaintiff ) | |
| ) | NOTICE OF APPEAL |
| v. ) | |
| ) | No. A-00-CA-125-JN |
| TEXAS BOARD OF PARDONS ) | |
|     & PAROLES; et al. ) | |
|     Defendants | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff BETTY LOU BEETS appeals the judgment and order of the United States District Court for the Western District of Texas, Austin Division, entered in this matter February 23, 2000.

Respectfully submitted,

_____
Joseph Margulies
220 South Sixth Street
Suite 215
Minneapolis, MN 55402
(612) 339-2673
(612) 339-7851 (FAX)
(512) 320-8300 (Austin)
(512) 477-2153 (Austin FAX)

Counsel for Ms. Beets

Dated: February 23, 2000

1

## CERTIFICATE OF SERVICE

I, Joseph Margulies, declare that I am a citizen of the United States, employed in the City of Minneapolis and County of Hennepin, State of Minnesota, that I am over the age of 18 years and not a party to this action or cause, that my current business address is 220 South Sixth Street, Suite 215, Minneapolis, MN 55402. I hereby certify under pain and penalty of perjury that a true and correct copy of the foregoing Notice of Appeal was served upon counsel for Defendant by courier this 23rd day of February, 2000, addressed to:

> Eric Cary
> Assistant Attorney General
> Capital Litigation Division
> Office of the Attorney General
> 14th & Colorado
> Austin, TX 78711

Joe Margulies